# ELECTRONIC RECORD

**004·15**

COA #   06-14-00075-CR          OFFENSE:   POSS OF FIREARM BY FELON

STYLE:   Tawater, Royce William v. The State of Texas          COUNTY:   Hunt

COA DISPOSITION:   AFFIRM          TRIAL COURT:   354th District Court

DATE: 12/10/2014          Publish: NO   TC CASE #:   29,503

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Tawater, Royce William v. The State of Texas          CCA #:   **004·15**

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_DISMISSED AS UNTIMELY_          JUDGE: _____

DATE:   _3/25/2015_          SIGNED: _____          PC: _____

JUDGE:   _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------------

_PRO SE_ PETITION          _____ MOTION FOR

FOR DISCRETIONARY REVIEW          REHEARING IN CCA IS: _____

IS _Refused_          JUDGE: _____

DATE _05/13/2015_

_____
JUDGE

ELECTRONIC RECORD